IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| TERESA NIXON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:21-cv-00011 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KYSELA PERE ET FILS, LTD., *et al.*, ) | By:   Hon. Thomas T. Cullen |
| ) | United States District Judge |
| Defendants. ) | |

For the reasons stated in the court's Memorandum Opinion, Defendants Kysela Pere et Fils, LTD., and Francis J. Kysela, V's motion for summary judgment (ECF No. 51) is **GRANTED**.

The clerk is directed to forward a copy of this Order and accompanying Memorandum Opinion to all counsel of record and strike this case from the court's active docket.

**ENTERED** this 17th day of March, 2022.

　　　　　　　　　　　　　　　　　　　_/s/ Thomas T. Cullen_
　　　　　　　　　　　　　　　　　　　HON. THOMAS T. CULLEN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE