# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## (Harrisonburg Division)

| | |
|---|---|
| TERESA D. NIXON, | : |
| Plaintiff, | : |
| v. | : Case No.: 5-21-cv-00011-TTC |
| KYSELA PERE ET FILS, LTD, et al., | : |
| Defendants. | : |

## **DEFENDANT KYSELA PERE ET FILS, LTD.'S MOTION FOR ATTORNEYS' FEES**

Defendant Kysela Pere et Fils, Ltd. by counsel, and pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, Local Rule 54, and Plaintiff Teresa Nixon's Employment Agreement dated July 31, 2019 ("the Agreement"), moves for an award of its reasonable attorneys' fees and costs in this matter. As set forth in the accompanying Memorandum of Points and Authorities, KPF prevailed on all claims asserted by Plaintiff, including Nixon's breach of contract claim. Accordingly, KPF is entitled to recover its fees and costs as the prevailing party under the Agreement.

                                      Respectfully submitted,

                                      KYSELA PERE ET FILS, LTD.
                                      By Counsel

                                      CARR MALONEY PC

By:    */s/ Sarah W. Conkright*
        Sarah W. Conkright, (VA Bar No.: 83769)
        Thomas L. McCally (admitted *pro hac vice)*
        Janette M. Blee (VA Bar No.: 30604)
        2000 Pennsylvania Avenue, NW
        Suite 8001
        Washington, D.C. 20006
        202-310-5500 (Tel)
        202-310-5555 (Fax)
        sarah.conkright@carrmaloney.com
        thomas.mccally@carrmaloney.com
        janette.blee@carrmaloney.com

## CERTIFICATE OF SERVICE

      I HEREBY certify that on this 7th day of April, 2022, a true and correct copy of the foregoing ***Defendant Kysela Pere et Fils, Ltd.'s Motion for Attorneys' Fees and Costs*** was electronically filed and served via the Court's electronic filing/notification system on the following:

                John C. Cook, Esq.
                Philip C. Krone, Esq.
                Cook, Craig & Francuzenko, PLLC
                3050 Chain Bridge Road
                Suite 200
                Fairfax, VA 22030
                jcook@cookcraig.com
                pkrone@cookcraig.com

By:    */s/ Sarah W. Conkright*
        Sarah W. Conkright