IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| TERESA D. NIXON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:21-cv-00011 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KYSELA PERE ET FILS, LTD., *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendants. | ) | |

This case is before the court on Defendant Kysela Pere et Fils, LTD and Francis J. Kysela, V's (collectively "Defendants") bill of costs, filed under Federal Rule of Civil Procedure 54(d)(1) (ECF No. 64) and Defendant Kysela Pere et Fils, LTD's motion for attorneys' fees and costs (ECF No. 66). For the following reasons, the court will hold the bill of costs and motion for attorneys' fees and costs in abeyance and stay resolution of the requests until exhaustion of the pending appeals in this case to the United States Court of Appeals for the Fourth Circuit.

On December 27, 2021, Defendants moved for summary judgment (ECF No. 51), and the court granted their motion on March 17, 2022 (ECF No. 63). Shortly thereafter, on March 29, Defendants filed a bill of costs in the amount of $15,068.82. (ECF No. 64.) Less than a week later, Plaintiff objected to Defendants' bill of costs. (ECF No. 65.) Two days after that, Defendant Kysela Pere et Fils, LTD filed a motion for attorneys' fees and costs (ECF No. 66) seeking attorneys' fees in the amount of $390,030.10 and costs in the amount of $15,068.82. Although Defendants responded to Plaintiff's objection to their bill of costs on April 11 (ECF No. 68), Plaintiff did not file any opposition to Defendant Kysela Pere et Fils, LTD's motion

for attorneys' fees and costs. On April 13, 2022, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment granting Defendants' motion for summary judgment on Plaintiff's sexual harassment claim. (*See* ECF No. 69.)

District courts possess inherent discretionary power to stay litigation proceedings "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936). This power may be exercised *sua sponte. See Crown Cent. Petroleum Corp. v. Dept. of Energy*, 102 F.R.D. 95, 98 (D. Md. 1984) (citing *Landis*, 299 U.S. at 254–55); *see also Rice v. Astrue*, No. 4:06-CV-02770-GRA, 2010 WL 3607474, at *2 (D. S.C. Sept. 9, 2010) ("Although there has been no request to hold the instant motion in abeyance, a federal court has the inherent power to stay, *sua sponte*, an action before it.").

In the interest of judicial economy, the court finds that it is appropriate to hold the motion for attorneys' fees and costs and the bill of costs in abeyance pending resolution of the pending appeals. *See Reed v. Health & Hum. Servs.*, 774 F.2d 1270, 1277 (4th Cir. 1985) (holding that a district court may defer ruling on a petition for attorneys' fees pending a final resolution of the merits), *rev'd sub nom. on other grounds*, *Lukhard v. Reed*, 481 U.S. 368 (1987); *see also Macsherry v. Sparrows Point, LLC*, No. 1:15CV22, 2019 WL 557005, at *11–12 (D. Md. Feb. 12, 2019), *vacated and remanded on other grounds*, 973 F.3d 212 (4th Cir. 2020). The amount of attorneys' fees and costs requested is large, totaling $405,098.92, and there are substantial legal and factual issues involved. Moreover, if Plaintiff prevails on her pending appeal, the instant petitions will become moot.

For these reasons, it is hereby **ORDERED** that Defendants' request for an award of

- 3 -

attorneys' fees and costs (ECF Nos. 64 & 66) is **STAYED PENDING APPEAL**. Further, the parties are directed to file a joint status report within 14 days of the Fourth Circuit's mandate. Additionally, if Defendants prevail on appeal, they may file a supplemental fees and costs motion, if appropriate.

 The clerk is directed to forward a copy of this Order to all counsel of record.

 **ENTERED** this 8th day of September, 2022.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE