IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| TERESA D. NIXON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:21-cv-00011-TTC |
| KYSELA PERE ET FILS, LTD., et. al., | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE LATE AN OPPOSITION TO DEFENDANT'S MOTION'S FOR ATTORNEY'S FEES AND COSTS**

COMES NOW Plaintiff, Teresa D. Nixon ("Nixon" or "Plaintiff"), by counsel, and in moves for leave to file a late opposition to Defendant's Motion for Attorneys' Fees and Costs (ECF No. 67). In support thereof, Plaintiff respectfully refers to the Court to her memorandum of points and authorities filed herewith.

Respectfully submitted,

/s/*John C. Cook/*
John C. Cook, VSB No. 38310
Philip C. Krone, VSB No. 87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(T): (703) 865-7480
(F): (703) 434-3510
jcook@cookcraig.com
pkrone@cookcraig.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on this 20th day of October 2022, I served a copy of the foregoing on counsel for the defendants, through the Court's electronic filing system and via regular mail, postage prepaid, addressed as follows:

>Thomas L. McCally, Esq., *pro hac vice*
>Janette M. Blee, Esq., VA Bar 30604
>Sarah W. Conkright, Esq.
>Carr Maloney P.C.
>2000 Pennsylvania Avenue NW
>Suite 8001
>Washington, DC 20006
>Thomas.mccally@carrmaloney.com
>Janette.blee@carrmaloney.com
>Sarah.conkright@carrmaloney.com
>*Counsel for Defendants*

>        /s/*John C. Cook/*
>John C. Cook, VSB No. 38310
>Philip C. Krone, VSB No. 87723
>Cook Craig & Francuzenko, PLLC
>3050 Chain Bridge Road, Suite 200
>Fairfax, VA 22030
>(T): (703) 865-7480
>(F): (703) 434-3510
>jcook@cookcraig.com
>pkrone@cookcraig.com
>*Counsel for Plaintiff*